JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO ROSAS,<br><br>        Plaintiff,<br><br>        v.<br><br>T. STREETER, et al.,<br><br>        Defendants. | Case No. SA CV 14-1061-BRO (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Action as Time-Barred,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated: April 24, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE